# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Maxwell Little, et al.

                                  Plaintiff,

v.                                                   Case No.: 1:18−cv−06954
                                                            Honorable Virginia M. Kendall

JB Pritzker for Governor, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 22, 2019:

      MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 10/22/2019. Defendant's Motion to compel [48] is granted. Plaintiff's counsel shall determine what documents they may hold and for what purpose by 11/1/2019. Plaintiffs shall supplement or respond to deficiency requests by the Defendants by 11/8/2019. End of Fact Discovery is extended and ordered closed by 12/10/2019. End of Fact Discovery hearing is reset for 12/17/2019 at 9:00 AM. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.