UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Maxwell Little, et al.
                    Plaintiff,
v.                                              Case No.: 1:18−cv−06954
                                                Honorable Virginia M. Kendall
JB Pritzker for Governor, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 4, 2020:

MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 3/4/2020. The Court addressed Plaintiffs' Discovery motions [84] and [85]. Plaintiffs raised only part of Motion to Compel [84] before the Court. The Court grants in part and denies in part Motion to Compel [84] regarding the issues raised. The Court will not require Mr. Fulks' Defendants' 30(b)(6) deponent, to sit for a second 30(b)(6) deposition. The Court will allow Plaintiffs to propound four new interrogatories on the 30(b)(6) deponent. Plaintiffs are ordered to take the deposition of Caitlin Pharo by 3/16/20 via video conference. The Court grants Plaintiffs' Motion to extend Fact Discovery [85]. The extension is limited to Discovery that is the subject of currently pending motions. End of Fact Discovery is extended and ordered closed by 3/27/20. End of Fact Discovery Status hearing reset for 3/30/20 at 9:00 AM. Any remaining motions pertaining to discovery, including any matters remaining in Motion to Compel [84] should be raised with Magistrate Judge Cummings as he is supervising Discovery in this matter. (See Dkt. [78], [79].) Defendants are ordered to refile their Motion for Sanctions with supplemental information within three weeks of the close of Fact Discovery, by 4/17/20. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.