IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## GENERAL ORDER

**ORDER** signed by the Honorable Virginia M. Kendall. In view of the current situation regarding COVID-19, the Court encourages counsel with motion or status hearings set over the next few weeks to (a) file a joint status report if they believe that the motion and/or status can be handled without an appearance simply by providing the Court with an update on the progress of the case or an indication that the relief requested in the motion either is unopposed or can be addressed with an agreed briefing schedule or (b) make arrangements to appear by telephone for all motions and status hearings that cannot be handled without an appearance. If you would like to appear by telephone for any hearing or status conference, please contact the Courtroom Deputy, Lynn Kandziora, preferably by email (Lynn_Kandziora@ilnd.uscourts.gov) or by telephone (312) 408-5153, if necessary, to advise her of the case number and the name of the person who is expecting to participate. We will open the phone lines shortly before the start time every day that court is in session. Please use the Court's toll-free call-in number **877-848-7030, conference access code is 2413900**. Given the increased volume of users that is anticipated, we ask that you keep your phone on mute until your case is called.

Date: March 13, 2020

Virginia M. Kendall
United States District Judge