# Exhibit 1

# JB FOR GOVERNOR

# EMPLOYEE HANDBOOK

# April 2017

© 2017 JB for Governor

This document is for informational purposes only, makes no specific promises of specific treatment, and is not to be construed as an employment agreement or contract.

135189285.3

**Campaign_L000488**

# TABLE OF CONTENTS

**Page**

A.  ABOUT THIS HANDBOOK ................................................................................ 1

B.  IMPORTANT INFORMATION ABOUT THIS HANDBOOK ........................ 1

C.  OPEN DOOR PHILOSOPHY .......................................................................... 2

D.  CODE OF CONDUCT ...................................................................................... 2

    1.  Ethics ......................................................................................................... 2

    2.  Confidentiality .......................................................................................... 3

    3.  Outside Employment/Work and Service as a Director or Officer ............. 3

    4.  Personal Use of Campaign Funds, Assets or Equipment ........................... 4

    5.  Gifts .......................................................................................................... 4

    6.  Standards of Conduct ................................................................................. 5

    7.  Personal Conduct and Appearance ............................................................ 6

    8.  Alcohol/Drug Use ..................................................................................... 6

    9.  No Weapons Policy ................................................................................... 7

E.  EQUAL EMPLOYMENT OPPORTUNITY ................................................... 7

    1.  Religious Accommodation ......................................................................... 8

    2.  Disability Accommodations ...................................................................... 8

    3.  Harassment ................................................................................................ 9

        a.  Harassment Prevention ....................................................................... 9

        b.  Meaning of "Harassment" ................................................................. 9

        c.  Sexual Harassment ........................................................................... 10

        d.  Reporting and Investigation Procedures ........................................... 11

F.  EMPLOYMENT PRACTICES ...................................................................... 12

    1.  Definitions of Employee Status ............................................................... 12

    2.  Employee Records ................................................................................... 12

    3.  Personnel Information Changes ................................................................ 12

    4.  Employment Reference Inquiries ............................................................. 13

135189285.3

This document is for informational purposes only, makes no specific promises of specific treatment, and is not to be construed as an employment agreement or contract.

**Campaign_L000489**

- *The Employee Handbook is the property of the Campaign.* It may not be duplicated in any way without written permission from the Campaign.

- *This handbook addresses policies in all Campaign offices*, except where applicable law requires exceptions or changes to a policy.

- *Questions about the policies in this handbook* should be directed to the Campaign Manager.

## C.      Open Door Philosophy

As part of our commitment to professionalism and respect for each individual associated with the Campaign, we encourage open, transparent communication. This means that anyone can raise issues, questions, or problems with senior members of the Campaign.

Your first resource is your direct supervisor. If you are uncomfortable talking with your supervisor, or are unsatisfied with his or her response, your next resource is the Deputy Campaign Manager. If you are uncomfortable talking with the Deputy Campaign Manager or you are still dissatisfied with the response you have gotten, you can contact the Campaign Manager directly.

If you want your issue to be handled confidentially, please say so. Bear in mind, however, that although the Campaign will treat issues as confidentially as possible, some issues, such as sexual harassment or security lapses, may require the Campaign to disclose the issue to others as the issue is investigated and addressed.

## D.      Code of Conduct

### 1.      Ethics

The Campaign conducts its business fairly, impartially, in an ethical and proper manner, and in compliance with all laws and regulations. Employees of the Campaign are expected to maintain the highest professional standards and act in a manner that reflects positively upon the Campaign and inspires confidence, respect, and trust at all times. To maintain those standards, employees are expected to exercise discretion and sound judgment in handling all matters assigned to them and to avoid even the appearance of impropriety. Each employee should take special care to think how his or her conduct will appear to outside observers.

Employees are expected to obey all laws <u>at all times</u> when working for the Campaign. A few rules are so important we emphasize them specifically here:

-2-

© 2017 JB for Governor

This document is for informational purposes only, makes no specific promises of specific treatment, and is not to be construed as an employment agreement or contract.

135189285.3

Campaign_L000493

they have any supporter relationship with the Campaign, then they are subject to the restrictions below.

- Gifts of relatively limited or nominal value such as meals are acceptable when they are not connected to a Campaign event.

- Gifts connected in any way to a Campaign event must be raised with your Department Head prior to acceptance.

- Anything of value, including gifts, that is offered to the Campaign as an organization (rather than to a specific individual) may be subject to additional legal restrictions, and therefore may not be accepted without prior approval from the Deputy Campaign Manager. This includes tickets to concerts and sporting events. An employee should not accept an anonymous gift on behalf of the Campaign, and should instead refer the matter to his or her Department Head.

### 6.     Standards of Conduct

Groups of people who are working together for any purpose require certain guidelines pertaining to their conduct and relationships. Accordingly, our employees must be aware of their responsibilities to the Campaign and to co-workers.

When standards are not followed, the Campaign is committed to providing a fair and constructive approach to correcting these situations.

The elements of the corrective action process may include informal counseling and feedback, written and/or final warning, suspension without pay, demotion and termination. When appropriate, re-assignment of an employee to another position may be considered. The Campaign reserves the right to determine the most appropriate approach based on the specific circumstances. Employment at the Campaign remains "at will," and can be terminated at any time with or without cause at the option of either the Campaign or the employee. The Campaign may use or not use the corrective action process in its sole discretion.

Types of behavior and conduct that the Campaign considers inappropriate that could lead to disciplinary action up to and including termination, at the sole discretion of the Campaign, include, but are not limited to, the following:

- Employee misconduct or other serious violations of Campaign policies or procedures;
- Insubordination including, but not limited to refusal to: follow management instructions; perform assigned tasks; accept holiday work when assigned; and purposeful delay in carrying out an assignment;

-5-

© 2017 JB for Governor

This document is for informational purposes only, makes no specific promises of specific treatment, and is not to be construed as an employment agreement or contract.

135189285.3

Campaign_L000496

- Violation of the drug- and alcohol-free workplace policy;
- Deliberate or careless damage or defacement of any Campaign property or the property of others;
- Provoking a physical altercation or threatening violence in the workplace, on or off the premises;
- Harassing, intimidating and/or disrespectful behavior;
- Disclosure of confidential or Campaign proprietary information to unauthorized persons;
- Excessive absenteeism and/or tardiness;
- Unauthorized use of Campaign equipment, time, materials or facilities;
- Falsifying employment application, personnel, or other Campaign documents or records;
- Unauthorized use of a Campaign credit card including usage of the Campaign card for personal or unapproved purchases;
- Unauthorized obligation of Campaign financial resources to a vendor or payee;
- Use of abusive or profane language;
- Violation of safety or environmental rules;
- Negligence;
- Job abandonment;
- Dishonesty;
- Stealing;
- Failure to cooperate with an internal investigation, including, but not limited to, investigations of violations of these rules of conduct; and
- Poor work performance, including, but not limited to poor quality or quantity of work, mistakes due to carelessness, and inability to perform the essential functions of the job.

This list is intended to be representative of the types of activities that may result in disciplinary action. It is not intended to be comprehensive and does not alter the employment-at-will relationship between the employee and the Campaign.

### 7. Personal Conduct and Appearance

Those who work for the Campaign are expected to dress appropriately and to conduct themselves in a manner that will bring credit to the Campaign.

The Campaign has many visitors walking throughout its offices. Please conduct yourself in a professional manner at all times, whether you are in an office, the hallway, or anywhere in the building.

Our professional behavior and appearance leaves a lasting impression, so while the Campaign provides for a campaign business casual policy, all employees should dress professionally in attire appropriate for your position. This means that your clothing should reflect contemporary

© 2017 JB for Governor

This document is for informational purposes only, makes no specific promises of specific treatment, and is not to be construed as an employment agreement or contract.

135189285.3

Campaign_L000497

good taste and personal grooming and hygiene should be observed. Dress and appearance should not be offensive to visitors or other employees. Business attire is required when attending events or meetings with principals and external parties. If an individual is in inappropriate attire, they will be asked to return home and change to meet office standards. These standards apply to all staff.

### 8.    Alcohol/Drug Use

Employees are expected to be fit for duty when reporting to work. The Campaign encourages and maintains an alcohol and drug-free work environment. The Campaign prohibits employees from working if they are under the influence of illegal drugs or alcohol. This prohibition extends to staff attending Campaign events. If you are at a Campaign event, you are there to work, and you may not use alcohol (or, be under the influence of drugs). This also includes the expectation that employees not consume alcohol during working hours and at their meal break and then return to work.

If an employee is taking prescription or over-the-counter drugs that may impair their ability to safely and effectively perform any part of their job, they must tell their manager and the Deputy Campaign Manager immediately. The Campaign will review the situation and determine appropriate actions that ensure a safe and effective work place.

### 9.    No Weapons Policy

In the interest of maintaining a safe and violence-free workplace, the Campaign prohibits the carrying, transporting, storage, presence or use of prohibited weapons on its property, regardless of whether or not the person is licensed to carry the weapon.

"Campaign property" covered by this policy includes all Campaign-owned or leased buildings and surrounding areas such as sidewalks, walkways, parking lots and driveways under the Campaign's ownership or control. Under Illinois law, concealed carry licensees are permitted to carry a concealed firearm on or about their person within a vehicle and to store a firearm or ammunition concealed in a case within a locked vehicle or locked container out of plain view. A licensee also may carry a firearm in the immediate area surrounding his or her vehicle for the sole purpose of storing or retrieving a firearm from within the vehicle's trunk, provided the firearm is unloaded.

"Prohibited Weapons" include all types of firearms and any form of weapon or explosive restricted under local, state or federal regulation, including illegal knives or other weapons covered by law. Legal chemical dispensing devices such as pepper sprays that are sold commercially for personal protection are not covered by this policy.

© 2017 JB for Governor

This document is for informational purposes only, makes no specific promises of specific treatment, and is not to be construed as an employment agreement or contract.

135189285.3

**Campaign_L000498**

### E.     Equal Employment Opportunity

The Campaign is an equal opportunity employer. The Campaign believes every employee has the right to work in an environment free from unlawful discrimination as is consistent with our commitment to diversity, respect, and inclusion. Consistent with applicable federal, state and local laws, the Campaign provides all employees and applicants with equal opportunity in all aspects of the employment relationship. This includes employment decisions related to hiring, promotions, transfers, disciplinary action, termination, and training.

The Campaign will comply with all applicable laws prohibiting discrimination in employment. The Committee prohibits discrimination on the basis of race, color, sex, religion, age, sexual orientation, gender identity or expression, marital or parental status, creed, national origin, citizenship status, disability, medical condition, pregnancy, ancestry, genetic information, military service, veteran's status or any other protected category under local, state, or federal law. Each office will comply with all applicable federal laws and these EEO policies, and will also comply with any additional requirements and prohibitions of applicable state and local laws. Every employee is responsible for ensuring that his or her conduct does not offend any of the policies in this section of the Handbook. The Campaign expects every employee to act in full support of its EEO policy. By doing so, employees help to create and maintain a non-discriminatory work environment in which everyone is treated with respect. Making sure every member of the Campaign team feels comfortable in their work environment, free from all explicit or implicit discrimination, is a core value of this Campaign and every member is required to help uphold it.

If an employee experiences or witnesses discrimination or harassment, they have a responsibility to promptly bring the issue to the Campaign's attention. (For more information about addressing such concerns, see the section below on "Reporting and Investigation Procedures.") Employees can raise such good faith concerns without fear of reprisal or retaliation. The Campaign strictly prohibits any retaliation for reporting, or for providing information in an investigation of possible discrimination or harassment. The Campaign will take action, up to and including termination, against any employee who the Campaign finds has engaged in any type of discrimination or retaliation.

### 1.     Religious Accommodation

The Campaign respects the religious beliefs and practices of all employees. It is committed to reasonably accommodating the religious practices of its employees, unless doing so would create an undue hardship to its business.

© 2017 JB for Governor

This document is for informational purposes only, makes no specific promises of specific treatment, and is not to be construed as an employment agreement or contract.

135189285.3

Campaign_L000499

If an employee wishes to request a religious accommodation, they must submit a written request explaining to their supervisor and the Deputy Campaign Manager the deviation from regular work requirements needed because of their religious belief.

The Campaign will evaluate the request considering, as appropriate, the requested accommodation and available alternatives. The supervisor and/or the Deputy Campaign Manager will review the request and communicate a response in a timely manner.

### 2.    Disability Accommodations

The Campaign will make reasonable accommodations, as required by applicable law, when necessary to enable a qualified individual with a disability to perform the essential functions of his or her job without undue hardship to the Campaign's business as part of our commitment to inclusion and equal treatment for all team members.

Employees requiring a reasonable accommodation should contact the Deputy Campaign Manager. The Campaign will review questions of reasonable accommodation individually, on a case-by-case basis, through dialogue between the Campaign and the employee involved. The Campaign may request input from knowledgeable health care providers, including seeking a second opinion to that of the primary treating physician, as appropriate. This dialogue is intended to help the Campaign identify and evaluate alternatives that may be effective accommodations, and to assess whether a particular accommodation would cause undue hardship.

If an employee develops a condition that they believe creates the need for a reasonable accommodation, he or she should submit a written request explaining the requested accommodation to their supervisor and the Deputy Campaign Manager. In addition, the employee should provide a health care provider statement that supports the request. A written request will facilitate a review of possible reasonable accommodations. The Campaign abides by all applicable laws that require employers to treat medical information with appropriate confidentiality.

### 3.    Harassment

#### a.    Harassment Prevention

The Campaign is committed to providing a work environment that is free from prohibited harassment. Harassment is prohibited if based on an employee's race, color, sex, religion, age, sexual orientation, gender identity or expression, marital or parental status, creed, national origin, citizenship status, disability, medical condition, pregnancy, ancestry, genetic information, military service, veteran's status or any other protected category under local, state, or federal law, or that is otherwise against our philosophy of a workplace that promotes respect for each

© 2017 JB for Governor

This document is for informational purposes only, makes no specific promises of specific treatment, and is not to be construed as an employment agreement or contract.

135189285.3

**Campaign_L000500**

other. As discussed in more depth below, prohibited harassment may include comments, slurs, jokes, profanity, innuendoes, cartoons, pranks, physical conduct, internet or email activity (including accessing explicit websites from Campaign computers), etc., that is derogatory or offensive and is based on an employee's protected trait or status.

Besides being a violation of Campaign policy, discriminatory or harassing conduct also may violate applicable laws. However, even if the conduct does not violate the law, if the Campaign determines that an employee's conduct violates the Campaign's "no harassment" policy, the Campaign may take disciplinary action, up to and including termination.

### b.    Meaning of "Harassment"

Harassment is unwelcome conduct that denigrates or shows hostility or aversion toward a person because of their legally protected trait or status, if the unwelcome conduct has the purpose or effect of either unreasonably interfering with that person's work performance or creating an intimidating, hostile or offensive work environment.

Following are some examples of the types of conduct that may constitute prohibited harassment, depending on the circumstances:

- Demeaning, hostile or negative communications that are based on someone's protected status or trait, such as their race, color, sex, religion, age, national origin, disability, sexual orientation, etc. Examples include derogatory comments, hateful symbols, epithets, jokes, teasing, and slurs or negative stereotyping. The form of the communication does not matter (e.g., it could be written, verbal or graphic).

- Any other hostile, intimidating or threatening conduct that is directed at someone because of a protected status or trait, such as their race, color, sex, religion, age, national origin, disability, sexual orientation, etc.

### c.    Sexual Harassment

Sexual harassment is one form of unlawful harassment. Sexual harassment is not limited to conduct by men towards women, or by women towards men: it also can include unwelcome gender-based or sexual conduct that is directed at someone of the same sex. Sexual harassment includes any unwelcome sexual advances, requests for sexual favors, and any other verbal, visual or physical conduct of a sexual nature which meets any one of the following three criteria:

- Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;

-10-

© 2017 JB for Governor

This document is for informational purposes only, makes no specific promises of specific treatment, and is not to be construed as an employment agreement or contract.

Campaign_L000501

- Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting the individual;

- The conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive work environment.

Prohibited sexual harassment also includes any effort by a person in authority to use his or her position or authority to control, influence or affect the career, salary, employment status, or terms and conditions of employment of any employee or prospective employee in exchange for sexual favors. No manager or other Campaign employee may state or imply to anyone that cooperation or non-cooperation of a sexual nature could have either a positive or negative effect on the person's career development or on any term or condition of employment. The Campaign also prohibits anyone from making or threatening reprisals if an individual rejects any sexual advance or other sexual conduct.

Here are some examples of conduct that may constitute prohibited sexual harassment, depending on the circumstances:

- **Unwelcomed or unwanted physical advances of a sexual nature**. This includes patting, pinching, brushing up against, hugging, cornering, kissing, fondling, and any other similar physical contact unacceptable to another individual.

- **Requests or demands for sexual favors**. This includes repeated, unwanted requests for dates, subtle or blatant expectations, pressures or requests for any type of sexual favor accompanied by an implied or stated promise of preferential treatment or threat of negative consequences concerning one's employment status.

- **Verbal abuse, slurs, and jokes**. This includes oral or written comments (including via email or text message) about an individual's body or appearance – where such comments go beyond a mere compliment – including sexually oriented comments, sexual innuendoes or actions ("dirty jokes").

- **Graffiti and cartoons**. This includes demeaning or hostile written, graphic, communications (including email communications) relating to sex.

- **Threats, physical contact, pranks, vandalism**. This includes physically intimidating conduct directed at person because of the person's sex.

-11-

© 2017 JB for Governor

This document is for informational purposes only, makes no specific promises of specific treatment, and is not to be construed as an employment agreement or contract.

135189285.3

Campaign_L000502

###### d.      Reporting and Investigation Procedures

All employees have the right to be free from unlawful discrimination, harassment or retaliation by coworkers, managers or others they encounter through Campaign employment. If an employee believes they are experiencing unlawful discrimination, harassment or retaliation, they have a responsibility to immediately notify at least one of the following:

- their immediate supervisor; or

- the Deputy Campaign Manager; or

- the Campaign Manager.

Any manager who receives a complaint of possible discrimination, harassment or retaliation must notify the Deputy Campaign Manager immediately. The Campaign will treat all such complaints seriously and will promptly investigate the situation. If the Campaign finds that prohibited conduct has occurred, the Campaign will take immediate and appropriate action to address the situation. Examples of appropriate action may include counseling, training, and/or taking disciplinary action, up to and including termination.

No employee will be subjected to any form of retaliation for making a good faith complaint of possible discrimination or harassment, or for participating in an investigation of such a complaint. Any employee who believes they have suffered or witnessed any form of retaliation should report the matter immediately as described above.

Anyone who violates the Campaign's "no harassment" or "no retaliation" policy is subject to prompt disciplinary action, up to and including termination.

###### F.      Employment Practices

###### 1.      Definitions of Employee Status

The following terms are used to describe the classification of employees and their employment status:

**Full-time.** Employees scheduled to work 40 hours or more per week.

**Part-time.** Employees scheduled to work less than 40 hours per week. Those employees working fewer than 30 hours per week are ineligible for Campaign paid benefits.

**Temporary.** Employees hired by the Campaign for what is contemplated to be a limited period of time, six months or less.

-12-

© 2017 JB for Governor

This document is for informational purposes only, makes no specific promises of specific treatment, and is not to be construed as an employment agreement or contract.

135189285.3

**Campaign_L000503**

discount that they offer to others. However, the Campaign must never receive a rate that is not offered to other similarly situated entities.

**5.     Contracts**

All contracts and requests for contracts should be forwarded to your supervisor or a named designee. No one other than the Campaign Manager may sign contracts for the Campaign.

**Note:** The Campaign is a union-supported and supporting organization. At all times union labor and facilities are the preferred route. Use union hotels, print shops (our printed material <u>must</u> have a union bug), technicians, etc. The only time it is acceptable to go non-union is if there is <u>truly</u> no alternative.

**J.     Time off Work**

Except as stated otherwise in this handbook or as required by applicable law, any leave time must be approved by your direct supervisor.

**1.     Sick Leave**

The Campaign provides up to ten (10) paid sick days (80 hours) per calendar year to regular full-time employees. Employees may use paid sick leave for their own illness, injuries, or medical care or for the illness, injuries, or medical care of family members. For purposes of this policy, "family member" means a child, legal guardian or ward, spouse, domestic partner, parent, the parent of a spouse or domestic partner, sibling, grandparent, grandchild, or any other individual related by blood or whose close association with the employee is the equivalent of a family relationship. The definition of "family member" also includes step- and foster relationships. Sick leave can also be used if the employee or a family member is the victim of domestic violence or a sex offense, or if the employee's place of business or the child care facility of his or her child has been closed by an order of a public official due to a public health emergency.

Sick leave must be used in increments of at least four hours.  If the need for paid sick leave is foreseeable, an employee must provide seven days' advance notice of his or her intent to take leave. If the need for leave is unforeseeable, the employee must provide as much notice as is practical..

The sick day allowance is computed at a rate of two (2) hours for every 40 hours worked. (Exempt employees are assumed to work 40 hours per workweek, unless their normal work week is less than 40 hours, in which case sick leave accrual is based on actual hours worked.) Employees will begin accumulating sick days, on a pro-rated basis, on their very first day on the job or July 1, 2017, whichever is later.

-25-

© 2017 JB for Governor

This document is for informational purposes only, makes no specific promises of specific treatment, and is not to be construed as an employment agreement or contract.

135189285.3

**Campaign_L000516**

Unused sick days may not be carried over and accumulated from year to year. Unused sick days will not be paid to employees while they are employed or upon termination of employment.

### 2.    Paid Time Off

Campaign employees will be approved to take paid time off due to personal reasons (vacation, bereavement, etc.) at the discretion of the Campaign Manager, who is responsible for approving requests. In assessing a request for paid time off, the Campaign Manager may consider such factors as Campaign workload and resources and employee performance and position.

### 3.    Paid Holidays

The Campaign may be closed on certain holidays each year <u>at the discretion of the Campaign Manager</u>, or on the day observed by the federal government in the event the holiday falls on a Saturday or Sunday. Employees seeking time off to observe a religious holiday should consult the religious accommodation policy in this handbook.

### 4.    Jury Duty

If an employee is summoned for jury duty or subpoenaed to appear in court as a witness, they are to present a copy of the summons or subpoena to their manager as soon as possible. When they return from leave, they also must present proof of their actual attendance as a juror or witness. If an employee is released early from jury service, they must return to work at the earliest opportunity (either that same day or at the start of their next regularly scheduled workday. An employee need not return to work on any day on which they serve at least four hours of jury duty (including travel time).

### 5.    Parental Leave

New mothers and fathers will be granted 3 months (90 days) of paid parental leave, to be used within 12 months of the birth of a child or placement of a child for adoption. Parental leave runs concurrently with other types of paid leave (including vacation time and sick leave), as well as any applicable family and medical leave to the extent permitted by law. Once the employee's vacation time and sick leave is exhausted, the balance of the 3 month (90 day) period will be paid as parental leave. Temporary employees do not accrue paid parental leave.

### 6.    Personal Leaves of Absence

Full time employees may be granted a personal leave of absence without pay under certain circumstances. A personal leave of absence is an approved period of time away from work for personal reasons. A personal leave of absence is granted at the sole discretion of the Campaign Manager.

-26-

© 2017 JB for Governor

This document is for informational purposes only, makes no specific promises of specific treatment, and is not to be construed as an employment agreement or contract.

You become eligible to request a personal leave of absence after 90 days of service. If you desire to take a personal leave of absence you must make arrangements with your supervisor.

A personal leave of absence begins on the first regular workday following the last day worked. The maximum leave allowed under this policy is twelve weeks.

A written request should be submitted at least two weeks in advance of any leave of absence which exceeds ten days, except in cases of emergency. Any leave request must include an expected date of return. If you do not return within three days of that date, and no extension has been requested, you will be assumed to have voluntarily resigned.

Personal leaves of absence are without pay unless either (1) you decide to use paid time off (vacation or sick leave) during the leave and are otherwise eligible to use such hours, or (2) the Campaign requires you to used earned vacation or sick leave.

Insurance coverage will be maintained for you while on a personal leave of absence. You may be required to pay for the cost of insurance coverage. Please see your supervisor or the Deputy Campaign Manager for more information. Paid time-off benefits do not accrue during a leave of absence, but are retained at the same level.

While you are on leave, you are required to check in with your supervisor on a regular basis, to inform us of your status and to notify us of any change in personal data. The Campaign will make every effort to re-employ individuals returning from personal leave, but can make no guarantees.

### 7.    Military Leave

The Uniformed Services Employment and Reemployment Rights Act ("USERRA") and other laws apply to leave taken for military service.  If you need time off for military duties, including in the reserves or the National Guard, you should inform the Deputy Campaign Manager as soon as you know that you may the need time off. Questions about military leave should be directed to the Deputy Campaign Manager.

### 8.    Other Kinds of Leave

#### a.    Domestic and Sexual Violence Victims Leave

Under Illinois law, victims of domestic violence, sexual assault, or stalking—or who have a family or household member who is a victim of domestic violence, sexual assault, or stalking—are entitled to take intermittent or other reasonable unpaid leave from work to address domestic or sexual violence by:

-27-

© 2017 JB for Governor

This document is for informational purposes only, makes no specific promises of specific treatment, and is not to be construed as an employment agreement or contract.

Campaign_L000518

- Seeking medical attention for, or recovering from physical or psychological injuries caused by domestic or sexual violence;

- obtaining services from a victim services organization;

- obtaining psychological or other counseling;

- participating in safety planning, temporarily or permanently relocating, or taking other actions to increase the safety of the employee or the employee's family or household member from future domestic or sexual violence or ensure economic security; or

- seeking legal assistance or remedies to ensure the health and safety of the employee or the employee's family or household member, including preparing for or participating in any civil or criminal legal proceeding related to or derived from domestic or sexual violence.

Employees may take up to eight weeks of such leave, on an unpaid basis, within any 12-month period. The Campaign reserves the right to require employees to provide certification of the need for such leave. Employees should provide at least 48 hours' advance notice of their need to take leave when practicable, and as soon as possible where advance notice is not practicable.

### b. School Visitation Leave

In accordance with Illinois law, the Campaign provides eligible employees with up to eight hours of unpaid school visitation leave during any 12-month period. Eligible employees may use such leave to attend school conferences or classroom activities related to the employee's child if the conference or classroom activities cannot be scheduled during non-work hours.

Before using school visitation leave, an employee must first exhaust all accrued vacation leave, personal leave, compensatory leave and any other leave that may be granted to the employee except sick leave and disability leave.

Eligible employees include: (1) biological parents; (2) persons with legal custody of a child; (3) persons acting as a child's guardian; (4) aunts, uncles, or grandparents; or (5) spouses of any of the above listed persons. To be eligible, employees must have worked for the Campaign for at least six months, and have worked at least 20 hours per week during this period.

Employees must, when possible, provide at least 7 days of advance notice before taking leave, or at least 24 hours' notice in emergencies. Employees may take no more than four hours leave in

-28-

© 2017 JB for Governor

This document is for informational purposes only, makes no specific promises of specific treatment, and is not to be construed as an employment agreement or contract.

135189285.3

Campaign_L000519

one day. The employee must consult with the Campaign to schedule the leave so as not to unduly disrupt the Campaign's operations.

### c. Voting Leave

Voting is critical to the democratic process, and the Campaign encourages employees to exercise their right to vote. Employees will be allowed up to two hours away from work to vote in any general or special election (or more time if needed) at a time of the Campaign's choosing.

### d. Blood or Platelet Donation Leave

Employees are entitled to paid leave of one hour every 56 days for the purpose of giving blood and up to two hours of paid leave every 56 days for the purpose of donating blood platelets.

### 9. Inclement Weather

On occasion, extreme weather conditions may interfere with normal business operations. When inclement weather causes hazardous conditions, employees should consider personal safety first when evaluating their ability to report to work.

When inclement weather occurs, employees should assume that the Campaign is open for business as usual. The Campaign business closure status will be available by 7:00 a.m. the morning of the potential closure. Employees will receive an email if there is a change in business hours for the day.

### K. Termination of Employment

### 1. Procedure

While the Campaign hopes the employment relationship will be long and mutually rewarding, Campaign employment is for an indefinite, non-specified period of time. Either the employee or the Campaign is free to end the employment relationship at any time for any reason. Those resigning from the Campaign are expected to give a minimum of two weeks advance notice.

Whether an employee's departure from the Campaign is voluntary or involuntary, the termination date is the last day worked unless management determines otherwise. An employee who resigns will not be allowed to quit and then designate days following their last day worked as sick or vacation time. Campaign paid holidays may not be designated as an employee's date of termination.

-29-

© 2017 JB for Governor

This document is for informational purposes only, makes no specific promises of specific treatment, and is not to be construed as an employment agreement or contract.

135189285.3

# Exhibit 2

**JB FOR GOVERNOR**

**EMPLOYEE HANDBOOK ACKNOWLEDGMENT**

*By signing below, I acknowledge as follows*:

1. **I HAVE READ THE JB FOR GOVERNOR EMPLOYEE HANDBOOK IN ITS ENTIRETY AND I UNDERSTAND ITS CONTENTS. (initial here)** _ML_ .

2. **I understand that the Employee Handbook is not a contract of employment or a promise of specific treatment in specific situations.** The Employee Handbook summarizes JB for Governor's current policies and practices. These policies and practices may be amended at any time with or without notice. In addition, depending upon the circumstances, JB for Governor retains full discretion to vary its actions in any given situation from written policy.

3. **I understand that nothing contained in the Employee Handbook should be understood as a guarantee of continued employment.** Employment is on an at-will basis. That means that the employment relationship may be terminated at any time either by me or JB for Governor, with or without prior notice, for no reason or for any reason not prohibited by law.

4. **I understand that the at-will nature of employment cannot be modified or changed by any oral or written statement by anyone,** except for an express written agreement signed by me (or my representative) and the Campaign Manager of JB for Governor.

5. **I understand that the Employee Handbook as revised supersedes and replaces any and all inconsistent handbooks, manuals, and policy statements (whether written or oral) that I may have received.**

| Maxwell Little | _M_ _____ | 07/29/18 |
|---|---|---|
| Print Name | Signature | Date |

© 2017 JB for Governor

135189285.3

**Campaign_L000234**

# Exhibit 3

# JB FOR GOVERNOR

## EMPLOYEE HANDBOOK ACKNOWLEDGMENT

*By signing below, I acknowledge as follows*:

**1. I HAVE READ THE JB FOR GOVERNOR EMPLOYEE HANDBOOK IN ITS ENTIRETY AND I UNDERSTAND ITS CONTENTS. (initial here)** _____.

**2. I understand that the Employee Handbook is not a contract of employment or a promise of specific treatment in specific situations.** The Employee Handbook summarizes JB for Governor's current policies and practices. These policies and practices may be amended at any time with or without notice. In addition, depending upon the circumstances, JB for Governor retains full discretion to vary its actions in any given situation from written policy.

**3. I understand that nothing contained in the Employee Handbook should be understood as a guarantee of continued employment.** Employment is on an at-will basis. That means that the employment relationship may be terminated at any time either by me or JB for Governor, with or without prior notice, for no reason or for any reason not prohibited by law.

**4. I understand that the at-will nature of employment cannot be modified or changed by any oral or written statement by anyone,** except for an express written agreement signed by me (or my representative) and the Campaign Manager of JB for Governor.

**5. I understand that the Employee Handbook as revised supersedes and replaces any and all inconsistent handbooks, manuals, and policy statements (whether written or oral) that I may have received.**

| | | |
|---|---|---|
| Jason Benton | DocuSigned by: *[signature]* E73D044FC000472... | 7/7/2018 |
| Print Name | Signature | Date |

© 2017 JB for Governor

135189285.3

Campaign_L000008

# Exhibit 4

**JB FOR GOVERNOR**

**EMPLOYEE HANDBOOK ACKNOWLEDGMENT**

*By signing below, I acknowledge as follows*:

1. **I HAVE READ THE JB FOR GOVERNOR EMPLOYEE HANDBOOK IN ITS ENTIRETY AND I UNDERSTAND ITS CONTENTS. (initial here)** J.C.  .

2. **I understand that the Employee Handbook is not a contract of employment or a promise of specific treatment in specific situations.** The Employee Handbook summarizes JB for Governor's current policies and practices. These policies and practices may be amended at any time with or without notice. In addition, depending upon the circumstances, JB for Governor retains full discretion to vary its actions in any given situation from written policy.

3. **I understand that nothing contained in the Employee Handbook should be understood as a guarantee of continued employment.** Employment is on an at-will basis. That means that the employment relationship may be terminated at any time either by me or JB for Governor, with or without prior notice, for no reason or for any reason not prohibited by law.

4. **I understand that the at-will nature of employment cannot be modified or changed by any oral or written statement by anyone,** except for an express written agreement signed by me (or my representative) and the Campaign Manager of JB for Governor.

5. **I understand that the Employee Handbook as revised supersedes and replaces any and all inconsistent handbooks, manuals, and policy statements (whether written or oral) that I may have received.**

| | | |
|---|---|---|
| Jelani Coleman | *Jelani Coleman* | 08/24/18 |
| Print Name | Signature | Date |

© 2017 JB for Governor

135189285.3

**Campaign_L000086**

# Exhibit 5

**JB FOR GOVERNOR**

**EMPLOYEE HANDBOOK ACKNOWLEDGMENT**

*By signing below, I acknowledge as follows:*

1. I HAVE READ THE JB FOR GOVERNOR EMPLOYEE HANDBOOK IN ITS ENTIRETY AND I UNDERSTAND ITS CONTENTS. (initial here) _C.C_ .

2. I understand that the **Employee Handbook is not a contract of employment or a promise of specific treatment in specific situations.** The Employee Handbook summarizes JB for Governor's current policies and practices. These policies and practices may be amended at any time with or without notice. In addition, depending upon the circumstances, JB for Governor retains full discretion to vary its actions in any given situation from written policy.

3. I understand that **nothing contained in the Employee Handbook should be understood as a guarantee of continued employment.** Employment is on an at-will basis. That means that the employment relationship may be terminated at any time either by me or JB for Governor, with or without prior notice, for no reason or for any reason not prohibited by law.

4. I understand that **the at-will nature of employment cannot be modified or changed by any oral or written statement by anyone,** except for an express written agreement signed by me (or my representative) and the Campaign Manager of JB for Governor.

5. I understand that the **Employee Handbook as revised supersedes and replaces any and all inconsistent handbooks, manuals, and policy statements** (whether written or oral) that I may have received.

| Celia Colon | Celia Colon | 7-28-18 |
|---|---|---|
| Print Name | Signature | Date |

© 2017 JB for Governor

135189285.3

# Exhibit 6

**JB FOR GOVERNOR**

**EMPLOYEE HANDBOOK ACKNOWLEDGMENT**

*By signing below, I acknowledge as follows*:

1. **I HAVE READ THE JB FOR GOVERNOR EMPLOYEE HANDBOOK IN ITS ENTIRETY AND I UNDERSTAND ITS CONTENTS. (initial here)** _____.

2. **I understand that the Employee Handbook is not a contract of employment or a promise of specific treatment in specific situations.** The Employee Handbook summarizes JB for Governor's current policies and practices. These policies and practices may be amended at any time with or without notice. In addition, depending upon the circumstances, JB for Governor retains full discretion to vary its actions in any given situation from written policy.

3. **I understand that nothing contained in the Employee Handbook should be understood as a guarantee of continued employment.** Employment is on an at-will basis. That means that the employment relationship may be terminated at any time either by me or JB for Governor, with or without prior notice, for no reason or for any reason not prohibited by law.

4. **I understand that the at-will nature of employment cannot be modified or changed by any oral or written statement by anyone,** except for an express written agreement signed by me (or my representative) and the Campaign Manager of JB for Governor.

5. **I understand that the Employee Handbook as revised supersedes and replaces any and all inconsistent handbooks, manuals, and policy statements (whether written or oral) that I may have received.**

| | | |
|---|---|---|
| Kasmine Calhan | | 8/30/2018 |
| Print Name | Signature | Date |

© 2017 JB for Governor

135189285.3

Campaign_L000044

# Exhibit 7

**JB FOR GOVERNOR**

**EMPLOYEE HANDBOOK ACKNOWLEDGMENT**

*By signing below, I acknowledge as follows*:

**1. I HAVE READ THE JB FOR GOVERNOR EMPLOYEE HANDBOOK IN ITS ENTIRETY AND I UNDERSTAND ITS CONTENTS. (initial here)** _____.

**2. I understand that the Employee Handbook is not a contract of employment or a promise of specific treatment in specific situations.** The Employee Handbook summarizes JB for Governor's current policies and practices. These policies and practices may be amended at any time with or without notice. In addition, depending upon the circumstances, JB for Governor retains full discretion to vary its actions in any given situation from written policy.

**3. I understand that nothing contained in the Employee Handbook should be understood as a guarantee of continued employment.** Employment is on an at-will basis. That means that the employment relationship may be terminated at any time either by me or JB for Governor, with or without prior notice, for no reason or for any reason not prohibited by law.

**4. I understand that the at-will nature of employment cannot be modified or changed by any oral or written statement by anyone,** except for an express written agreement signed by me (or my representative) and the Campaign Manager of JB for Governor.

**5. I understand that the Employee Handbook as revised supersedes and replaces any and all inconsistent handbooks, manuals, and policy statements (whether written or oral) that I may have received.**

| ERICA Kimble | Erica Kimble | 6-1-18 |
|---|---|---|
| Print Name | Signature | Date |

© 2017 JB for Governor

135189285.3

Campaign_L000211

# Exhibit 8

## JB FOR GOVERNOR

## EMPLOYEE HANDBOOK ACKNOWLEDGMENT

***By signing below, I acknowledge as follows*:**

**1. I HAVE READ THE JB FOR GOVERNOR EMPLOYEE HANDBOOK IN ITS ENTIRETY AND I UNDERSTAND ITS CONTENTS. (initial here) NM .**

**2. I understand that the Employee Handbook is not a contract of employment or a promise of specific treatment in specific situations.** The Employee Handbook summarizes JB for Governor's current policies and practices. These policies and practices may be amended at any time with or without notice. In addition, depending upon the circumstances, JB for Governor retains full discretion to vary its actions in any given situation from written policy.

**3. I understand that nothing contained in the Employee Handbook should be understood as a guarantee of continued employment.** Employment is on an at-will basis. That means that the employment relationship may be terminated at any time either by me or JB for Governor, with or without prior notice, for no reason or for any reason not prohibited by law.

**4. I understand that the at-will nature of employment cannot be modified or changed by any oral or written statement by anyone,** except for an express written agreement signed by me (or my representative) and the Campaign Manager of JB for Governor.

**5. I understand that the Employee Handbook as revised supersedes and replaces any and all inconsistent handbooks, manuals, and policy statements (whether written or oral) that I may have received.**

| Nathaniel Madison | NM | 07/29/18 |
|---|---|---|
| Print Name | Signature | Date |

© 2017 JB for Governor

135189285.3

**Campaign_L000255**

# Exhibit 9

**JB FOR GOVERNOR**

**EMPLOYEE HANDBOOK ACKNOWLEDGMENT**

*By signing below, I acknowledge as follows*:

1. **I HAVE READ THE JB FOR GOVERNOR EMPLOYEE HANDBOOK IN ITS ENTIRETY AND I UNDERSTAND ITS CONTENTS. (initial here)__TSM__.**

2. **I understand that the Employee Handbook is not a contract of employment or a promise of specific treatment in specific situations.** The Employee Handbook summarizes JB for Governor's current policies and practices. These policies and practices may be amended at any time with or without notice. In addition, depending upon the circumstances, JB for Governor retains full discretion to vary its actions in any given situation from written policy.

3. **I understand that nothing contained in the Employee Handbook should be understood as a guarantee of continued employment.** Employment is on an at-will basis. That means that the employment relationship may be terminated at any time either by me or JB for Governor, with or without prior notice, for no reason or for any reason not prohibited by law.

4. **I understand that the at-will nature of employment cannot be modified or changed by any oral or written statement by anyone,** except for an express written agreement signed by me (or my representative) and the Campaign Manager of JB for Governor.

5. **I understand that the Employee Handbook as revised supersedes and replaces any and all inconsistent handbooks, manuals, and policy statements (whether written or oral) that I may have received.**

| | | |
|---|---|---|
| Tiffany Madison | *[signature]* | 7.27.2018 |
| Print Name | Signature | Date |

© 2017 JB for Governor

135189285.3

**Campaign_L000330**

# Exhibit 10

## JB FOR GOVERNOR

## EMPLOYEE HANDBOOK ACKNOWLEDGMENT

*By signing below, I acknowledge as follows*:

**1. I HAVE READ THE JB FOR GOVERNOR EMPLOYEE HANDBOOK IN ITS ENTIRETY AND I UNDERSTAND ITS CONTENTS. (initial here)** JBT .

**2. I understand that the Employee Handbook is not a contract of employment or a promise of specific treatment in specific situations.** The Employee Handbook summarizes JB for Governor's current policies and practices. These policies and practices may be amended at any time with or without notice. In addition, depending upon the circumstances, JB for Governor retains full discretion to vary its actions in any given situation from written policy.

**3. I understand that nothing contained in the Employee Handbook should be understood as a guarantee of continued employment.** Employment is on an at-will basis. That means that the employment relationship may be terminated at any time either by me or JB for Governor, with or without prior notice, for no reason or for any reason not prohibited by law.

**4. I understand that the at-will nature of employment cannot be modified or changed by any oral or written statement by anyone,** except for an express written agreement signed by me (or my representative) and the Campaign Manager of JB for Governor.

**5. I understand that the Employee Handbook as revised supersedes and replaces any and all inconsistent handbooks, manuals, and policy statements (whether written or oral) that I may have received.**

| | | |
|---|---|---|
| James B. Tinsley | *(signature)* | 8/3/18 |
| Print Name | Signature | Date |

© 2017 JB for Governor

135189285.3

**Campaign_L000401**

# Exhibit 11

**JB FOR GOVERNOR**

**EMPLOYEE HANDBOOK ACKNOWLEDGMENT**

*By signing below, I acknowledge as follows*:

**1. I HAVE READ THE JB FOR GOVERNOR EMPLOYEE HANDBOOK IN ITS ENTIRETY AND I UNDERSTAND ITS CONTENTS. (initial here)_____.**

**2. I understand that the Employee Handbook is not a contract of employment or a promise of specific treatment in specific situations.** The Employee Handbook summarizes JB for Governor's current policies and practices. These policies and practices may be amended at any time with or without notice. In addition, depending upon the circumstances, JB for Governor retains full discretion to vary its actions in any given situation from written policy.

**3. I understand that nothing contained in the Employee Handbook should be understood as a guarantee of continued employment.** Employment is on an at-will basis. That means that the employment relationship may be terminated at any time either by me or JB for Governor, with or without prior notice, for no reason or for any reason not prohibited by law.

**4. I understand that the at-will nature of employment cannot be modified or changed by any oral or written statement by anyone,** except for an express written agreement signed by me (or my representative) and the Campaign Manager of JB for Governor.

**5. I understand that the Employee Handbook as revised supersedes and replaces any and all inconsistent handbooks, manuals, and policy statements (whether written or oral) that I may have received.**



| Print Name | Signature | Date |

© 2017 JB for Governor

135189285.3

**Campaign_L000422**

# Exhibit 12

**JB FOR GOVERNOR**

**EMPLOYEE HANDBOOK ACKNOWLEDGMENT**

*By signing below, I acknowledge as follows*:

    **1. I HAVE READ THE JB FOR GOVERNOR EMPLOYEE HANDBOOK IN ITS ENTIRETY AND I UNDERSTAND ITS CONTENTS. (initial here)** *KRH* .

    **2. I understand that the Employee Handbook is not a contract of employment or a promise of specific treatment in specific situations.** The Employee Handbook summarizes JB for Governor's current policies and practices. These policies and practices may be amended at any time with or without notice. In addition, depending upon the circumstances, JB for Governor retains full discretion to vary its actions in any given situation from written policy.

    **3. I understand that nothing contained in the Employee Handbook should be understood as a guarantee of continued employment.** Employment is on an at-will basis. That means that the employment relationship may be terminated at any time either by me or JB for Governor, with or without prior notice, for no reason or for any reason not prohibited by law.

    **4. I understand that the at-will nature of employment cannot be modified or changed by any oral or written statement by anyone,** except for an express written agreement signed by me (or my representative) and the Campaign Manager of JB for Governor.

    **5. I understand that the Employee Handbook as revised supersedes and replaces any and all inconsistent handbooks, manuals, and policy statements (whether written or oral) that I may have received.**

| | | |
|---|---|---|
| Kayla R. Hogan | *Kayla R. Hogan* | 11/6/17 |
| Print Name | Signature | Date |

© 2017 JB for Governor

135189285.3

**Campaign_L000182**

# Exhibit 13

## JB FOR GOVERNOR

## EMPLOYEE HANDBOOK ACKNOWLEDGMENT

*By signing below, I acknowledge as follows*:

1. I HAVE READ THE JB FOR GOVERNOR EMPLOYEE HANDBOOK IN ITS ENTIRETY AND I UNDERSTAND ITS CONTENTS. (initial here)_____.

2. I understand that the Employee Handbook is not a contract of employment or a promise of specific treatment in specific situations. The Employee Handbook summarizes JB for Governor's current policies and practices. These policies and practices may be amended at any time with or without notice. In addition, depending upon the circumstances, JB for Governor retains full discretion to vary its actions in any given situation from written policy.

3. I understand that nothing contained in the Employee Handbook should be understood as a guarantee of continued employment. Employment is on an at-will basis. That means that the employment relationship may be terminated at any time either by me or JB for Governor, with or without prior notice, for no reason or for any reason not prohibited by law.

4. I understand that the at-will nature of employment cannot be modified or changed by any oral or written statement by anyone, except for an express written agreement signed by me (or my representative) and the Campaign Manager of JB for Governor.

5. I understand that the Employee Handbook as revised supersedes and replaces any and all inconsistent handbooks, manuals, and policy statements (whether written or oral) that I may have received.

| Eric Chaney | | 8/23/17 |
|---|---|---|
| Print Name | Signature | Date |

© 2017 JB for Governor

Campaign_L000059

# Exhibit 14



**PERKINS**COIE

COUNSEL TO GREAT COMPANIES

# ADVANCING RESPECT AND FAIRNESS IN THE CAMPAIGN WORKPLACE:
## Non-Discrimination, Diversity and Inclusion, and Eliminating Bias

A Presentation to JB for Governor Campaign Staff and Volunteers

Presented by:
Jeannil Boji, Partner, Perkins Coie LLP
September 12, 2018 │ Chicago, Illinois

Perkins Coie LLP

# Why Are We Here?

To advance the Campaign's cultivation of a respectful and fair workplace that is:

- free of discrimination and harassment
- diverse and inclusive
- unbiased and respectful to all

1   Perkins Coie LLP  |  PerkinsCoie.com

PERKINSCOIE

Campaign_L003001

# What We Will Cover

I. Legal and Campaign Protections Against Discrimination and Harassment

II. Going Beyond: The Importance of, and the Campaign's Commitment to, Maintaining a Respectful, Diverse, and Inclusive Workplace

III. Combatting Bias in the Workplace

IV. The Campaign's Policies and What You Can Do to Encourage A Respectful Workplace or if You Experience/Witness Discrimination

2  Perkins Coie LLP  |  PerkinsCoie.com

**Perkins**Coie

## Goals of This Training

❑ Have an open and respectful dialogue about discrimination and combatting bias, and the importance of diversity and inclusion in the Campaign workplace

❑ Define aspects of a respectful workplace and understand what you can do to perpetuate a respectful and inclusive workplace

❑ Understand the Campaign's policies policies/practices designed to create and maintain a respectful workplace

❑ Understand what you can and should do if you experience or witness discrimination, harassment, or inappropriate behavior

3  Perkins Coie LLP | PerkinsCoie.com

PERKINSCOIe

# Before We Begin

- This training is meant to generate thoughtfulness about how we can all work towards a respectful, fair, and diverse workplace. We hope that interactions will be focused on productive ways we can all combat discrimination and bias and encourage respectful interactions between colleagues.

- We recognize and appreciate that these topics are sensitive. Many of you in the room may have had personal experiences with discrimination or bias, and many will have emotional reactions to these topics or our discussions.

- We ask that everyone be respectful of others and be conscious and respectful of the diversity of reactions to the topics.

4   Perkins Coie LLP  |  PerkinsCoie.com

PerkinsCoie

Campaign_L003004

# The Current Climate







Current intersection of politics, bias, diversity inclusion, and workplace issues, including:

- Polarizing politics
- Socially conscious and diverse generation in the workforce
- Greater access to information than ever before

**Result: Issues related to race and cultural sensitivity at the forefront of public discourse**

*E.g. Black Lives Matter, Charlottesville, NFL, Starbucks, Nike*

5  Perkins Coie LLP  |  PerkinsCoie.com

perkins coie

Campaign_L003005

# Addressing Resultant Workplace Issues

- Importance of candidly and actively addressing issues in the workplace

- Issues/challenges particular to campaign/political workplaces





6  Perkins Coie LLP | PerkinsCoie.com

perkinscoie

Campaign_L003006

# Consequences of Discrimination/Bias

- General consequences?

- Particular to campaign/political setting?

7  Perkins Coie LLP  |  PerkinsCoie.com

**PERKINS**Coie

# Legal Protections Against Discrimination/Harassment

- Federal Law
    - Title VII ("race, color, religion, sex, or national origin")
- State Law
    - Illinois Human Rights Act ("race, color, religion, sex, national origin, ancestry, age, order of protection status, marital status, physical or mental disability, military status, sexual orientation, pregnancy, or unfavorable discharge from military service")
- County/City ordinances
    - Cook County Human Rights Ordinance ("race, color, sex, age, religion, disability, national origin, ancestry, sexual orientation, marital status, parental status, military discharge status, source of income, gender identity or housing status")
    - Chicago Human Rights Ordinance ("race, color, sex, gender identity, age, religion, disability, national origin, ancestry, sexual orientation, marital status, parental status, military discharge status, lawful source of income, or credit history")

8  Perkins Coie LLP | PerkinsCoie.com

PERKINSCOIE

Campaign_L003008

# Types of Discrimination

- Disparate Treatment

- Adverse Impact

- Hostile Environment/ Harassment



shutterstock.com · 268467791

9  Perkins Coie LLP  |  PerkinsCoie.com

PERKINS COie

# What is Disparate Treatment Under the Law?

- Employee or prospective employee is treated differently than similarly situated employees because of race or other protected characteristic.
- Disparate treatment claims when:
  - Direct evidence of discriminatory comments
  - Evidence of being treated differently than other employees and the employer's explanation for the treatment is false – pretextual.
- Examples?



10   Perkins Coie LLP  |  PerkinsCoie.com

PERKINSCOIE

CONFIDENTIAL

# What is Adverse Impact Under the Law?

- Does not require discriminatory intent
- Adverse impact claims when:
  - Facially neutral rule or requirement
  - Disproportionate impact on protected group
  - Is not "job related" and consistent with a "business necessity"
- Examples?

11  Perkins Coie LLP | PerkinsCoie.com

PERKINScoie

## What Is Harassment Under the Law?

- Unwelcome conduct that denigrates or shows hostility or aversion toward a person because of race (or another protected class) if the unwelcome conduct was sufficiently severe or pervasive to alter terms and conditions of employment.
- If the conduct:
  - explicitly or implicitly affects or interferes with (or has the purposes of affecting or interfering with) a person's employment or work performance, or
  - creates an intimidating, hostile, or offensive work place (HWE)

12  Perkins Coie LLP | PerkinsCoie.com

PERKINSCOIE

# Harassment/HWE

How do you know if conduct is unwelcome or someone has perceived conduct as offensive?



Perkins Coie LLP | PerkinsCoie.com

PERKINSCOIE

Campaign_L003013

# Work Environments Demand A Higher Standard

What are some reasons workplace conduct demands more careful considerations and behavior?





14   Perkins Coie LLP  |  PerkinsCoie.com

PERKINSCOIE

CONFIDENTIAL

# Harassment/HWE

**Impossible to know FOR SURE if your conduct is welcome or offensive!**

- Recipients of conduct will not always say or show that conduct is unwelcome
- Victims do not always complain right away or while employed
- It is the recipient of the conduct whose perspective matters

Perkins Coie LLP | PerkinsCoie.com

perkinscoie

# Virtual Workplace Harassment



Communications through the internet, e-mail, and text messaging can constitute harassment **even if it takes place while employee is out of the workplace**

Proliferation of social media/electronic communications present challenges

➢ Not uncommon for employees to be "friends" on Facebook and discuss social lives with one another

➢ Almost ¼ of harassment victims targeted through text messaging, e-mail, or other digital forms

Perkins Coie LLP | PerkinsCoie.com

PERKINSCOIe

Campaign_L003016

# Legal Requirements Versus Campaign Standards and Expectations

- Not all "harassment" or offensive conduct is illegal under federal/state/local law.
- If it erodes a fair and respectful work environment, it is contrary to Campaign values, culture, and policy.

17  Perkins Coie LLP | PerkinsCoie.com

perkinscoie

Campaign_L003017

# Beyond the Law: Campaign Expectations

- Refrain from *any* conduct that others may find offensive or uncomfortable

  *Particularly conduct/communications related to others' race, ethnicity, and/or culture*

- Combat Bias

- Foster Diversity and Inclusion

*Cultivate a workplace that is
respectful to, and productive for, all!*

18  Perkins Coie LLP | PerkinsCoie.com

PERKINSCOie

Campaign_L003018

## Beyond the Law: Cultivating A Respectful Workplace

What constitutes a respectful workplace?

- Free from discrimination, harassment and retaliation
- Equal opportunity and treatment of all in a way that values inclusion and difference, and which creates a welcoming and comfortable environment
- Opportunities to discuss workplace concerns, and have those concerns investigated and addressed as appropriate

*A respectful workplace depends upon each person to act and communicate professionally and appropriately, consistent with Campaign policies and values.*

Perkins Coie LLP | PerkinsCoie.com

PERKINScoie

# Beyond the Law: Combatting Bias

## Explicit v. Implicit Bias

- Explicit:
  - o Conscious
  - o Affirmative
  - o Cognitive
- Implicit:
  - o Automatic
  - o Not conscious
  - o May differ from our declared beliefs

20  Perkins Coie LLP | PerkinsCoie.com

**PERKINS**COIE

# Explicit Bias/Intentional Conduct

- "We've always done it this way" is not a defense.

- The fact that the employer is part of a certain industry does not permit or justify otherwise improper conduct.

- Abusive behavior that does not specifically mention a protected characteristic can also be evidence of unlawful conduct or a violation of Baxter policy.

- Words that are pejorative toward a particular race or gender or ethnic group or religion are <u>never</u> acceptable, regardless of the environment, the speaker or the audience.

Perkins Coie LLP | PerkinsCoie.com

PERKINSCOIE

Campaign_L003021

# Implicit Bias

**Definition:** Implicit bias is the bias in judgment and/or behavior that results from subtle cognitive processes (*e.g.*, implicit attitudes and implicit stereotypes) that often operate at a level below conscious awareness and without intentional control.*

**Our biases are formed by:**

- Our own "lens"
- Our own cultural experience

*SOURCE: NCSC-National Center for State Courts

22  Perkins Coie LLP | PerkinsCoie.com

PERKINSCOIE

Campaign_L003022

# The mind sorts without telling you…



23  Perkins Coie LLP | PerkinsCoie.com

PERKINS COie

# A Quick Deeper Dive Into Implicit Bias

## CONFIRMATION BIAS

"The tendency to interpret new evidence as a confirmation of one's existing beliefs or theories"

## STEREOTYPE THREAT BIAS

"A situational predicament in which people are or feel themselves to be at risk of confirming to stereotypes about their social group."

24  Perkins Coie LLP  |  PerkinsCoie.com

PerkinsCoie

Campaign_L003024

## Implicit Association Test (IAT)

**Designed to detect strength of a person's automatic associations**

**Computerized test, 2 keys**

- Typically 2 social and 2 evaluative categories, e.g., White/Black and pleasant/unpleasant;
- Closely associated categories, easier & quicker to sort together
- Faster reaction times show implicit connections.

https://implicit.harvard.edu/implicit/



Perkins Coie LLP | PerkinsCoie.com

perkinscoie

# Practical Applications

## Where Does Implicit Bias Appear?

## How Does it Appear?

## Examples in the Workplace?

PERKINSCOie

CONFIDENTIAL

Campaign_L003026

# Micro-Inequities

- Quick, small acts; slights or indignities – subtle and often unintentional
- Reveals an assumption or stereotype
- Repeated slights accumulate & develop a weight of their own
- Impact teams/offices/clients/judgments - frustration, exclusion, low productivity, litigation, attrition, squandered opportunity

27   Perkins Coie LLP  |  PerkinsCoie.com

PERKINSCOIe

Campaign_L003027

# Micro-Inequities Examples

- **Mistaken identity**

- **Surprise about simple accomplishments**

- **Using certain words only when describing candidates of color ("qualified", "articulate")**

- **"I don't think of you as _____. You just seem normal to me."**

- **"If you never do another thing, you've done a lot for a black girl."**

- **"Aren't you worried about living in that part of town?"**

- **"When did you move to the states?"**

- **"Your English is so good!"**

- **"For a _____, you do a great job!"**

28  Perkins Coie LLP | PerkinsCoie.com

**PERKINS**COIE

# Where is the Line?

- Only conduct based on certain <u>protected characteristics</u> protected under federal, state and local law is actually unlawful.

- A single "micro-inequity" may not necessarily be unlawful or in violation of policy.

- BUT, a pattern of behavior involving "micro-inequities" can, over time, rise to the level of being actionable and/or a policy violation.

Perkins Coie LLP | PerkinsCoie.com

PERKINSCOIE

## Compounding Effects of Biased Decisions

Micro amounts of bias can have macro long term effects

*E.g.,* Computer Simulation to Illustrate Effects of Even Very Small Amounts of Bias

Source: Male-Female Differences: A Computer Simulation

30  Perkins Coie LLP | PerkinsCoie.com

PERKINSCOIE

Campaign_L003030

# Why Is It So Hard?

- Triggers - Cause Us to Revert to Biases (e.g. stress).
  - Triggers identified in Google study include: task, numbers, clarity, perceiver
- Recognizing/Acknowledging Bias
  - Hard to Identify
  - Can Feel Intuitive
  - We Don't Want to Admit
- Lack of Diversity in the Workplace!

31  Perkins Coie LLP | PerkinsCoie.com

**PERKINS**COIE

Campaign_L003031

# Beyond the Law: Fostering Diversity and Inclusion



**Diversity is the existence of many unique individuals in the workplace, marketplace and community.**

- This includes men and women from different nations, cultures, ethnic groups, generations, backgrounds, skills, abilities and all the other unique differences that make each of us who we are

- Not just classes protected by anti-discrimination laws

Perkins Coie LLP | PerkinsCoie.com

PERKINSCOIe

Campaign_L003032

# What is Diversity?

Our COMMONALITIES &
Our DIFFERENCES

*In:* Culture
Identity
Experiences

PERKINS COIE

CONFIDENTIAL

# Understanding Diversity



## What are our biases?

- ➢ Predetermined inclinations/judgments
- ➢ Reflexive thinking
- ➢ Everyone has them, based on life experiences/point of view
- ➢ Awareness is key
- ➢ Put yourself in their shoes

## What about your own personal beliefs/values

- ➢ Have to give them up?
- ➢ Interfering with work product/relationships
- ➢ Speak your mind at home

Perkins Coie LLP | PerkinsCoie.com

PERKINSCOIE

Campaign_L003034



# Diversity in Our World

Race-Ethnic Compositions, 2012 and 2060: Total Population, Children and Seniors

Campaign_L003035

# Diversity at Work



# The Facts

By 2042, there will be no single demographic majority; people of color will comprise more than 50 percent of the U.S. population

By 2050, 1 in 5 people living in the US will be Hispanic

There are currently 4 generations in the workplace; soon to be 5

Disabilities affect 20% of all Americans

Women earn the majority of college degrees awarded in the United States

There are an estimated 9 million LGBT individuals in the U.S.

1 in 5 workers have experienced discrimination or unfair treatment at work



PERKINSCOIE

Campaign_L003037



Campaign_L003038

## Valuing Diversity is Not an Empty Slogan



Harvard Business Review, Nov. 2016

A 2015 McKinsey report on 366 public companies found that those in the top quartile for ethnic and racial diversity in management were 35% more likely to have financial returns above their industry mean, and those in the top quartile for gender diversity were 15% more likely to have returns above the industry mean.

In a global analysis of 2,400 companies conducted by Credit Suisse, organizations with at least one female board member yielded higher return on equity and higher net income growth than those that did not have any women on the board.

Nonhomogeneous teams are simply smarter. Working with people who are different from you may challenge your brain to overcome its stale ways of thinking and sharpen its performance. Let's dig into why diverse teams are smarter.

Perkins Coie LLP | PerkinsCoie.com

**PERKINS**coie

Campaign_L003039

# From Diversity to Inclusion



## Inclusion

- A work environment where everyone has an opportunity to fully participate in creating business success

- Each person is valued for distinctive skills, experiences and perspectives

- People from different backgrounds part of decision making process

- Puts diversity into action!

Perkins Coie LLP | PerkinsCoie.com

PERKINSCoie

CONFIDENTIAL

# From Diversity to Inclusion



### No stereotyping

➢ "Blonde moment."

➢ "CPT"

### Think when communicating

➢ Remember that not everyone shares the same culture, generation, or personal experiences

➢ No judging

### OUR WORDS MATTER!!!

➢ Demoralizing language even when not directed at someone, or used in your personal life

➢ Words should reflect Campaign values

Perkins Coie LLP | PerkinsCoie.com

PERKINSCOIE

# From Diversity to Inclusion

### Inclusion leads to respect



### Lack of civility and respect creates

- ➢ Negative emotions
- ➢ Destruction of relationships
- ➢ Potential harassment claim
- ➢ Loss of business

Perkins Coie LLP | PerkinsCoie.com

PERKINS COIE

# Case Study #1

A Hispanic employee calls a fellow Hispanic employee a "wetback" as a joke. Both employees were born in the United States, the first employee only meant the term as a joke to tease the second employee about not knowing a pop culture reference, and the employees are good friends - the second employee says he is not offended.

# Case Study #2

An employee who works for a division that is very diverse is troubled by the fact that many of the employees who are of the same cultural background tend to socialize with each other almost exclusively, even though most of the employees regardless of their culture seem to work well together. The employee believes that if everyone socialized more cross culturally this might help improve the work environment.

Perkins Coie LLP | PerkinsCoie.com

PERKINSCOIe

# Case Study #3

A first rate employee who has been with his company for ten years and has never had a single complaint lodged against him makes a controversial statement about a coworker's race when he is asked a point blank question by another coworker. The employee who made the remark admits to having made the statement but refuses to apologize because he believes that he is entitled to his own opinion, especially since he was pressed on the matter.

Perkins Coie LLP | PerkinsCoie.com

**PERKINS**COIE

# The Campaign's Stance

- Racial discrimination and harassment are <u>illegal</u>, <u>wrong</u>, <u>demoralizing</u>, and <u>antithetical to the values and goals of the Campaign.</u>
- The Campaign is committed to stamping out bias, both explicit and implicit
- Diversity and inclusion must be a part of everyday actions, and a respectful workplace must be maintained.
- The Campaign will not tolerate inappropriate behavior.

46  Perkins Coie LLP  |  PerkinsCoie.com

PERKINSCOIE

Campaign_L003046

# The Campaign's Policies

The Campaign's Equal Opportunity/Anti-discrimination/Anti-harassment policies are located at Section E of the Employee Handbook, and will also be distributed today.

47  Perkins Coie LLP | PerkinsCoie.com

**PERKINS**COie

Campaign_L003047

## Understanding the Campaign's Policy: General Principles

- All staff members have a right to work in an environment free of hostility and inappropriate conduct, *including unlawful discrimination and harassment,* in the workplace.

- Engaging in behavior that causes others to feel harassed, uncomfortable, or threatened is not permitted and unlawful harassment or discrimination will result in termination.

48  Perkins Coie LLP  |  PerkinsCoie.com

PERKINSCOIE

## What Are Some Examples of Conduct Prohibited by the Policy?

- Verbal abuse, slurs, jokes, or use of racially-charged terms
- Written or graphic materials (including in texts, e-mails, memes, etc.)
- Graffiti or cartoons - including written communications such as e-mail

49  Perkins Coie LLP  |  PerkinsCoie.com

PERKINSCOIE

# Dispelling Myths About Racial Discrimination/ Harassment

**BUSTING THE MYTHS**

- Race of victim/harasser matters
- Position of harasser
- No "free pass" for industry or past practice
- Unlawful harassment does not require termination or $ loss

True or False?

- The test of whether a comment is against law/policy is whether the person on the receiving end was actually offended.
- Racially-oriented jokes between friends at work do not count.
- If a person laughs at your jokes, he or she cannot then complain.
- Making a joke that is directed at yourself is okay.
- If a person is offended by your conduct, he or she must inform you before they make a complaint.

50  Perkins Coie LLP | PerkinsCoie.com

**PERKINS**coie

# To Whom Does the Policy Apply?

All staff are protected from harassment by:

- Other staff members
- Any manager or supervisor
- Anyone who does business with the Campaign

PERKINSCOie

Campaign_L003051

## When Does the Policy Apply?

- **True or False?** The Campaign's anti-harassment policy applies:
  - Your office or work area?
  - In a company vehicle?
  - At lunch during the day?
  - A bar on Friday night?
  - Dinner at your house?
  - Holiday party?
  - On-line exchange on Facebook or Twitter or Instagram?

52  Perkins Coie LLP | PerkinsCoie.com

PerkinsCoie

## Understanding the Campaign's Policy: Reporting

- All staff members have a right to be free from discrimination and harassment in the workplace.
- If any staff member is aware of discrimination or harassment, he or she has a responsibility to notify at least one of the following: immediate supervisor, Deputy Campaign Manager, or Campaign Manager.

**BOTTOM LINE:**
If you feel something, say something.
If you see something, say something.

53  Perkins Coie LLP  |  PerkinsCoie.com

PERKINSCOIE

Campaign_L003053

# Where Can You Go?

Please reach out to your supervisor with any complaints, questions, or concerns.

If your supervisor is involved, or you feel in any way not comfortable discussing with your supervisor, you should feel empowered to reach out directly to anyone above your supervisor or a campaign director.

HR has established hr@jbforilgov.com to make it easier for General Election Team staff to reach out directly to HR at *any* time.

54  Perkins Coie LLP | PerkinsCoie.com

PERKINSCOIe

Campaign_L003054

## Understanding the Campaign's Policy: Investigation

The Campaign will address and investigate the situation and may take such action as counseling, training, or terminating harassing parties.

55  Perkins Coie LLP  |  PerkinsCoie.com

**PERKINS**COIE

# Understanding the Campaign's Policy:
## NO RETALIATION

- Retaliation under the law is suffering "adverse employment action" as a result of making a claim or participating in investigation
- Adverse employment actions include:
  - Anything that impacts or realistically could have impact on "terms and conditions"
  - Anything that could have a "chilling effect" on willingness to complain

### BOTTOM LINE:
No one will be subjected to retaliation.
If you feel/witness retaliation, report!

56  Perkins Coie LLP | PerkinsCoie.com

PeRKINSCOie

CONFIDENTIAL

# RECAP:
## Your Responsibilities/Campaign Expectations

- Understand the Campaign's equal opportunity, anti-discrimination, and anti-harassment policies
- Take all reasonable steps to prevent discrimination/harassment from occurring and foster a RESPECTFUL WORKPLACE
- Do not engage in or contribute to discrimination, harassment, or retaliation
- Act promptly to report any discrimination, harassment, and inappropriate behavior

57  Perkins Coie LLP | PerkinsCoie.com

perkinscoie

Campaign_L003057

## RECAP:
## Golden Rules for Fostering a Respectful Workplace



- Communicate openly and respectfully

- Listen

- Be aware of, and work to combat, inherent biases

- Establish respect and understanding

- Discuss issues as they arise

Perkins Coie LLP | PerkinsCoie.com

PERKINSCOIe

CONFIDENTIAL

Campaign_L003058

# Questions?

- Any questions?
- You are encouraged to use hr@jbforilgov.com at *any* time – for complaints, questions, concerns, or to set up a phone or in person meeting.

perkinscoie

CONFIDENTIAL

Campaign_L003059

# Thank you!



**Jeannil Boji** | **Perkins Coie LLP**
PARTNER
131 S. Dearborn Street Suite 1700
Chicago, IL 60603-5559
D. +1.312.324.8419
F. +1.312.324.9419
E. JBoji@perkinscoie.com

Jeannil Boji, a partner in Perkins Coie's Labor and Employment group, counsels clients from startups to FORTUNE 100 companies in every aspect of employment law, including the latest developments in non-compete and trade secrets law, wage and hour law, leave and sick time law, fair employment, discrimination, and accommodation law, privacy issues and workplace investigations, and social media, confidentiality, and employment policies. Jeannil has a national practice and is well versed in federal employment law developments as well as the nuances of state employment laws throughout the country. Jeannil regularly drafts and negotiates executive employment and separation agreements, as well as non-competes and other restrictive covenants, and counsels employers on issues of workplace mobility when hiring or dealing with the departure of employees subject to employment agreements. Jeannil has successfully handled a wide variety of significant employment matters at the agency, state, and federal level, and in mediation/arbitration. Jeannil also regularly handles sensitive workplace investigations and internal compliance issues and provides employment law-related training.

**perkins**coie

CONFIDENTIAL

# Exhibit 15



2925 S. Wabash Avenue, Suite 104                                            (872) 588 - 8726
Chicago, Illinois 60616                                               www.ChiCivilRights.com

5 October 2018

**VIA ELECTRONIC MAIL TO:**
JB Pritzker, JB Pritzker for Governor
c/o Jonathon Berkon
700 13th Street, NW, Suite 600
Washington, D.C. 20005-3960
**JBerkon@perkinscoie.com**

        **Re:**     **Unlawful Discrimination**
                      **FOR SETTLEMENT PURPOSES ONLY**

Dear Mr. Pritzker,

Please be advised that along with The Law Office of Shay T. Allen, Ltd., our firm has been retained to represent Jason Benton, Jelani Coleman, Celia Colon, Kasmine Calhoun, Maxwell Little, Erica Kimble, Nathaniel Madison, Tiffany Madison, and Mark Walker ("Clients"), for any and all claims related to the employment discrimination they have suffered as former and current employees of JB Pritzker for Governor.

The following is a summary of the facts of their claims, and a settlement demand is included at the conclusion of this letter. This information is submitted in good faith for the sole purpose of negotiating a reasonable conclusion to this matter expeditiously and without litigation.

**Facts**

On September 12, 2018, at a mandatory GOTV training, the majority-minority PODs (5, 6, and 7) were singled out for discrimination. Our Clients were pulled aside and told by **Ebonee Dawson** to, "not to say anything stupid during the training." Also, all of their phones were confiscated. Then, during the training, white campaign members, such as **Caitlin Pharo**, intentionally positioned themselves to separate our Clients in an attempt to further intimidate and silence them.

Despite these actions, our Clients made multiple attempts to meaningfully participate in what should have been an important and useful training. Instead, they were once again silenced when, for example, **Gabriella Cascone** directed the moderator not to call on, address, or acknowledge when Clients attempted to make a statement or ask a question.

Campaign_L000482



2925 S. Wabash Avenue, Suite 104
Chicago, Illinois 60616

(872) 588 - 8726
www.ChiCivilRights.com

As if the discrimination directed toward them was not enough, the "training" itself was deficient in many respects, not the least of which was the trainer's repeated use of racially-discriminatory and disparaging language.

As the history of complaints at JB Pritzker for Governor reveals, this is not a single incident of misconduct. In fact, we know that the mandatory training was a response to ongoing complaints of racial discrimination, which is perhaps the cruelest irony in this entire situation.

That discriminatory conduct is not only tolerated but proliferated by the campaign itself is evidenced by the admission of **Ebonee Dawson** that she was instructed to single out and threaten PODs 5, 6, and 7. That **Quentin Fulks** has apologized to some of our Clients is immaterial to the fact that JB Pritzker for Governor continues to discriminate against them and refuses to meaningfully address the racial discrimination that they face on a daily basis.

For over a week, our Clients' complaints went completely ignored; and it was not until campaign officials realized that they were pursuing their legal options that any response at all was contemplated. Even then, the response was materially deficient.

For example, a full investigation was not completed, nor were all material parties addressed regarding their role in the incident. Despite this, an impromptu conference call was scheduled with just 40 minutes notice to address the discrimination. During the call, **Anna Capara** admitted to the discrimination but, once again, took no meaningful steps to address it or prevent it from happening again. Instead, she spent the majority of the call attempting to intimidate our Clients into waiving their constitutional rights and threatening them.

Furthermore, since that call, and as of this writing, our Clients have continued to be subjected to intense scrutiny and unwarranted harassment out of fear that they would assert their legal and Constitutional rights.

Unfortunately, it seems that the practice of JB Pritzker for Governor is to ignore allegations of discrimination whenever possible and, that failing, to inoculate higher ups from having to deal with the very real concerns of their workers by placing the "least offensive" person in positions of power in order to stymie the voices of our Clients and others.

This truth is reflected in the promotion results of Units 5, 6, and 7, where openings for the position of Regional Field Director were not posted to give all candidates an equal opportunity to apply. Worse, when Clients specifically asked whether there was an opening or applications were being accepted, they were lied to and discouraged from applying only to find that the positions were soon thereafter filled by less qualified individuals who happened to be cronies of their Deputy Field Director.

2



2925 S. Wabash Avenue, Suite 104
Chicago, Illinois 60616

(872) 588 - 8726
www.ChiCivilRights.com

Moreover, it has become abundantly clear that the race and/or color of field organizers plays a predominant role in not only the unit field organizers are assigned to, but also the resources that are allocated to that unit as well as the expectations for it.

Simply put, from top to bottom, the JB Prtizker Campaign for Governor has a pervasive race discrimination problem that needs to be addressed.

**Legal Analysis**

Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. § 2000e-2(a) (1982), states:

    (a) Employer practices

    (b) It shall be an unlawful employment practice for an employer –

        (1) To fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin; or

        (2) To limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin.

More importantly, 42 U.S.C. §1981, in pertinent parts, states:

    (a) All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subjected to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

    (b) For purposes of this section, the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.

JB Pritzker for Governor and all of its supervisory agents are obligated to treat Clients in a manner that protected their civil rights. Instead, our Clients were discriminated against, harassed, verbally assaulted, and physically intimidated—among other wrongs. Based upon the above

3



2925 S. Wabash Avenue, Suite 104
Chicago, Illinois 60616

(872) 588 - 8726
www.ChiCivilRights.com

evidence, Clients can establish that JB Pritzker for Governor is liable for racial discrimination as it relates to:

- the assignment or classification of employees;
- promotion and compensation;
- job advertisements;
- use of company facilities; and
- employment decisions based on stereotypes of certain racial groups.

Additionally, Clients were subjected to harassment, hostile work environment, and retaliation. We are confident we can prove our Title VII and Section 1981 claims. Furthermore, and as I am sure you are aware, Section 1981 neither requires that a charge be filed with the Equal Employment Opportunity Commission nor has a cap on damages.

**Damages**

Our clients have suffered a great deal due to the continued and pervasive discrimination that permeates all levels of hierarchy at JB Pritzker for Governor. Despite this, they have continually met and exceeded their expectations at work as they sincerely believe in what JB Pritzker represents.

It is difficult to reconcile the ideals that our Clients labor for day in and day out with the pernicious employment practices and hostile work environment of the Pritzker Campaign.

Despite numerous complaints, their concerns, on the best occasions, have prompted meaningless and conclusory "investigations" that result in no change and, most often, are completely ignored. No person ought to be forced to work in such conditions, and JB Pritzker for Governor should be earnestly committed to resolving the issues addressed in this correspondence to ensure that no other employees are subjected to workplace discrimination.

To that end, our clients are prepared to resolve this matter pursuant to the following terms and conditions:

1. JB Pritzker for Governor shall cease and desist from engaging in discriminatory practices as prohibited under Title VII, Section 1981, and all other applicable U.S. laws;

2. JB Pritzker for Governor shall timely post all job openings in each office, as well as send out electronic notifications to all employees, and leave such postings open for a reasonable period of time in order to allow all interested employees the opportunity to apply;

4



2925 S. Wabash Avenue, Suite 104                                   (872) 588 - 8726
Chicago, Illinois 60616                                            www.ChiCivilRights.com

---

3. JB Pritzker for Governor shall, within seven calendar days, employ a Chief Diversity Officer to oversee and audit the campaign's employment practices, and to prevent and discipline discrimination;

4. In the event JB Pritzker is successful in his bid for Governor, he shall appoint a Chief Diversity Officer to oversee and audit the Executive Branch's employment practices, and to prevent and discipline discrimination;

5. Within seven calendar days, JB Pritzker for Governor shall create a meaningful anti-discrimination policy which shall be added to the employee manual and distributed to all active and future employees;

6. JB Pritzker for Governor shall conduct mandatory anti-discrimination training with all supervisory and management personnel;

7. Clients shall receive a personalized letter of recommendation from JB Pritzker for Governor; and

8. Clients shall be compensated actual and punitive damages in the sum of $7.5 million.

This settlement offer expires on Monday, October 8, 2018. If I do not hear from you by that date, our Clients will pursue all available legal remedies.

Once you have had an opportunity to review this offer, please contact me so that we may discuss a resolution to this situation.

Cordially,

/s/ Jeanette Samuels

cc:    Shay Allen
       Ben Stafford

**Campaign_L000486**