# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MAXWELL LITTLE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 18 cv 6954 |
| | ) | |
| JB PRITZKER FOR GOVERNOR, et al., | ) | Judge KENDALL |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION TO SET A BRIEFING SCHEDULE

NOW COMES the Plaintiffs, by and through their counsel, moving to set a briefing schedule. In support thereof, Plaintiffs state as follows:

1. On 17 September 2021, Defendants filed a bill of costs. Dkt. 235

2. Plaintiffs request that their response be due on or by Friday, October 15, 2021.

3. Defendants request that their reply be due on or by Friday, October 29, 2021.

Dated: 13 October 2021                                                              Respectfully Submitted,


                                                        By:    /s/Jeanette Samuels
                                                                *One of Plaintiff's Attorneys*

                                                        Jeanette Samuels
                                                        SAMUELS & ASSOCIATES, LTD.
                                                        3440 S. Cottage Grove Ave, #504
                                                        Chicago, Illinois 60616
                                                        T: 872.588.8726
                                                        F: 872.813.5256
                                                        E: sam@chicivilrights.com

**CERTIFICATE OF SERVICE**

 The undersigned counsel swears, on oath, that a true and complete copy of the foregoing was served on all counsel of record via the Court's electronic filing system on 13 October 2021.

                */s/ Jeanette Samuels*